**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge: Camille D. Bibles** | **Date:** December 13, 2022 |
| **USA v. Naomi Bistline** | **Case Number: 22-04427MJ-001-PCT-CDB** |

**Assistant U.S. Attorney:** Wayne Venhuizen for Dimitra Hotis Sampson
**Attorney for Defendant:** Daniel Benjamin Kaiser, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**DETENTION HEARING:**   ☒ Held  ☐ Continued  ☐ Submitted  ☐ UA
PTS recommends: Release to Third-Party.
Government position: Detention.
Defense recommends: Release.
Government's request for detention  ☒ Granted  ☐ Denied
☒ Defendant Ordered detained pending Trial as a flight risk and a danger.

**STATUS HEARING:**
Parties are requesting a Preliminary Hearing.

**Preliminary Hearing** set for Thursday, December 15, 2022 at 1:30 p.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

| | |
|---|---|
| **Recorded By** Courtsmart | **DH   37 min** |
| **Deputy Clerk** Christina Davison | **SH   2 min** |
| | **Start: 9:21 am** |
| | **Stop:  10:00 am** |