JOSE ANTONIO SALDIVAR, SBN 022991
Saldivar & Associates, PLLC
2417 North 24th Steet
PHOENIX, ARIZONA 85008
Email: jose@saldivarlaw.com
Telephone:   602-314-1340
Facsimile:   602-354-3098
Attorney for Defendant

CINDY CASTILLO, SBN 022382
Castillo Law
2025 N. 3rd Street Suite 150
Phoenix, Arizona 85004
Email: cindy@castillolawphoenix.com
Telephone: 480-206-5204
Facsimile: 602-663-9386
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: 3:22-CR-08092-DGC-2 |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| Naomi Bistline, | |
| Defendant. | |

    NOTICE is hereby given, in accordance with Local Rule 83.3(b) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Jose A. Saldivar and Cindy Castillo, is substituted in place of Daniel Benjamin Kaiser as attorney for Defendant.  In accordance with Local Rule 83.3(b)(2), Ms. Naomi Bistline has been notified in writing of the status of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanctions.

Respectfully submitted this 11TH day of January 2023.

_____
JOSE ANTONIO SALDIVAR

_____ for
CINDY CASTILLO

_____ for
DANIEL BENJAMIN KAISER

_____
NAOMI BISTLINE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy of the following CM/ECF registrant:  Dimitra Hotis Sampson.

_____
José Antonio Saldivar