IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Naomi Bistline,<br><br>　　　　　　　Defendant. | No.  CR-22-08092-002-PCT-SMB<br><br>ORDER FOR COMPETENCY EXAMINATION<br><br>(Pursuant to: 18 U.S.C. § 4241(a))<br><br>(Defendant in Custody) |

Defendant having filed a Motion for Competency Examination (Doc. 250) filed 8/1/2023, pursuant to 18 U.S.C. § 4241(a) and reasonable cause appearing,

**IT IS ORDERED:**

1.　The defendant, Naomi Bistline, be evaluated by a licensed or certified psychiatrist or psychologist to determine whether the defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

2.　**Dr. Kathryn Menendez** is appointed to conduct the evaluation.

3.　**The United States Marshal Service,** within a period **not to exceed six (6) weeks from the date of this Order**, shall arrange for an appointment and transport the defendant to:
　　　　The Office of Dr. Menendez
　　　　7600 N. 15th Street; Ste. 150-21
　　　　Phoenix, AZ  85020
　　　　(602)265-9555

4. **Dr. Menendez shall:**

(a) Within a period **not to exceed two (2) weeks from the date of the scheduled appointment**, submit a written evaluation pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) and (c), by both U.S. Mail <u>and</u> email (or fax) to:

・ ORIGINAL Report via U.S. Mail to
U.S. District Court
Chambers of U.S. District Judge Susan M. Brnovich
401 West Washington Street, SPC 19
Phoenix, Arizona 85003-2151.

・ COPY of Report
via email Brnovich_chambers@azd.uscourts.gov

(b) Not exceed the presumptive hourly rate authorized by this Court for the costs of services $300.00 per hour and not to exceed a total of $3,600. Payment of services exceeding this amount will require prior approval of this court.

(c) To avoid payment delay, provider shall submit the following documents <u>via email</u>: (1) an invoice (2) a copy of the requesting Motion, and (3) a copy of this signed Order to the following email address: <u>usaaz.budgetmailbox@usdoj.gov</u>. Alternately the provider may submit the above listed documents via fax or mail to the following:

United States Attorney's Office
    Attn: Finance/Budget Department
    Two Renaissance Square
    40 N. Central Avenue, Suite 1800
    Phoenix, AZ  85004-4408
    Telephone:  602-514-7500
    Fax:  602-514-7693

Pursuant to the Guide to Judiciary Policies and Procedures, Volume 7, Chapter 3, §320.20.60, the U.S. Department of Justice shall pay the costs of the evaluation.

5. **Defense counsel shall:**

a. Promptly provide the psychologist or psychiatrist with a copy of the Motion for Competency Examination, this Order, and all relevant documents that may assist with evaluating the defendant's competency.

- 2 -

      b.     Maintain contact with both the psychologist or psychiatrist, and the U.S. Marshal Service, to ensure that the defendant's appointment has been scheduled within the time period indicated in this Order.

    6.    **The government shall:**

      a.     Promptly provide the psychologist or psychiatrist with all relevant documents, including case reports disclosed to the defense, the defendant's criminal history, and other known mental health examinations or medical records in the government's possession.  The government is authorized to disclose any federal presentence investigation report(s) (PSRs) for the defendant.  Any disclosed PSR shall be used solely for the purpose of this examination.

      b.     Pay the costs of the evaluation, pursuant to the Guide to Judiciary Policies and Procedures, Volume VII, Chapter 3, §320.20.60.

    7.    All proceedings relating to this defendant in the above-captioned case are stayed pending further order of the Court.  Excludable delay under 18 U.S.C. § 3161(h)(1)(A) is found to commence on August 22, 2023, and end upon the Court's determination that the defendant is competent.  Such time shall be in addition to other excludable time under the Speedy Trial Act and shall commence as of the day following the day that would otherwise be the last day for commencement of trial.

    8.    **This matter is set for a status conference on October 16, 2023 at 3:00 p.m., courtroom 506.**

    9.    The Clerk of the U.S. District Court shall furnish a copy of this Order to the U.S. Marshal Service.

Dated this 22nd day of August, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge