IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>vs.<br><br>Samuel Rappylee Bateman, et. al.<br><br>                Defendants. | No. CR-22-08092-PCT-SMB<br><br>**AMENDED SCHEDULING ORDER** |

With some modifications, the Court adopts the Proposed Case Management Order (Doc. 290), submitted August 31, 2023 and sets the following case management schedule:

**I. DISCOVERY AND DISCLOSURE DEADLINES**

    A.    Government's Deadlines

        1.    Initial Compliance with Rule 16 discovery[1]
              (except initial expert disclosures)        3/8/2024

---

[1] The United States has provided and will continue to provide discovery timely as it becomes available. This proposed order references the discovery within the government's possession and control as of the date set for compliance. If additional records and information are discovered by, or disclosed to, the government during pretrial preparation or otherwise, pursuant to Rule 16(c), Fed. R. Crim. P., the government shall promptly disclose any additional documentary evidence or materials to the defense as soon as practicable after such disclosure or discovery occurs.

| | | | |
|---|---|---|---|
| | 2. | Rule 404(b), 413, 414 notification, if any | 4/12/2024 |
| | 3. | Initial expert disclosures (simultaneous) | 4/12/2024 |
| | 4. | Rebuttal expert disclosures (simultaneous) | 6/14/2024 |
| | 5. | Production of Jencks material and witness impeachment material, if not produced sooner[2] | 8/9/2024 |
| B. | Defendant's Deadlines | | |
| | 1. | Close of reciprocal Rule 16 discovery | 4/12/2024 |
| | 2. | Initial expert disclosures (simultaneous) | 4/12/2024 |
| | 3. | Rebuttal expert disclosures (simultaneous) | 6/14/2024 |
| | 4. | Production of Rule 26.2 material as to intended witnesses, if any | 8/9/2024 |

## II. FILING AND OTHER COURT DEADLINES

| | | |
|---|---|---|
| A. | Disclosure of Preliminary Exhibit and Witness List (Simultaneous) | 7/12/2024 |
| B. | Substantive Motions Deadline | 6/28/2024 |
| C. | Disclosure of Final Exhibit and Witness List | 8/9/2024 |
| D. | Motions *in Limine* | 8/2/2024 |
| E. | Proposed Jury Questionnaire and Screening for Length of Trial | 6/7/2024 |
| F. | Responses to Motions *in Limine* | 8/16/2024 |
| G. | Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form | 8/9/2024 |
| H. | Final Trial Management Conference | 8/26/2024 10:00 AM |
| I. | Trial | 9/10/2024 |

---

[2] If the government obtains any additional written *Jencks* material after this date, this *Jencks* material shall be produced promptly to the defense as soon as practicable.

- 2 -

### III. STATUS CONFERENCES

The parties recommend scheduled status conferences to allow the parties to update the Court as to case status and have an opportunity to raise issues, if any. For each status conference, the parties will file a joint memorandum detailing the status of the case no less than three days prior to the scheduled status conference.

| | |
|---|---:|
| A. First Status Conference | 4/1/2024 11:00 AM |
| B. Second Status Conference | 7/8/2024 11:00 AM |

Dated this 6th day of September, 2023.

_____
Honorable Susan M. Brnovich
United States District Judge